

FEB 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. 1:08-CR-00297-002 LJO |
| vs. ) | ORDER OF RELEASE |
| FERNANDO ESPANA RUBIO, ) | |
| Defendant. ) | |

The above named defendant having been sentenced on February 27, 2017, to a period of TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: February 27, 2017

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1